

MAR 26 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond Foss V-97042
(Name of Plaintiff)
PO Box 3152 %o Julia Foss
(Address of Plaintiff)
Rancho Cordova, Ca 95741

2:15CV0686 DAD (PC)
(Case Number)

vs.

COMPLAINT

Todd R. Rowen
%o Redding P.O. & 131 California St.
Redding, Ca. 96001
(Names of Defendants)

I. Previous Lawsuits:

  A. Have you brought any other lawsuits while a prisoner: ☒ Yes   ☐ No

  B. If your answer to A is yes, how many?: __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

    Plaintiff _Raymond Foss_

    Defendants _US Marshal Services, et al_

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County) Eastern District of California

3. Docket Number 2:08-CV-01791-CTB

4. Name of judge to whom case was assigned Carlos T. Bea

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) affirmed on appeal

6. Approximate date of filing lawsuit 08/04/2008

7. Approximate date of disposition 01/13/2014

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☐ Yes   ☑ No
If your answer is no, explain why not Complaint Does not concern prison conditions

C. Is the grievance process completed?   ☐ Yes   ☐ No   ☑ N/A

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Todd R. Rowen is employed as a Police Officer/Investigator at Redding Police Department

B. Additional defendants none

2

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See Attachment "A"

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See Attachment "B"

Signed this _22_ day of _March_, 20_15_.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_3/22/15_
(Date)

_____
(Signature of Plaintiff)

Attachment "A"

IV. Statement of Claim

- On April 7, 2005, Plaintiff, Raymond C. Foss, was subjected to a warrantless arrest by Defendant, Todd Rowen, Police Officer, Redding Police Department. Plaintiff Foss did not receive a probable cause determination within 48-hours of his arrest as required by law (See Exhibit A);
- On April 15, 2005, seven days after Plaintiff Foss' arrest, Defendant Rowen obtained evidence to charge him while he was in unlawful custody;
- Statements obtained by Defendant Rowen on April 15, 2005, were prejudicial to Plaintiff Foss and later used by the prosecutor at trial;
- Plaintiff Foss did not receive a probable cause determination until April 28, 2005 (See Exhibit B); and
- As a result of Defendant Rowen's action, Plaintiff Foss was held in unlawful custody for twenty-one days.

## Attachment "B"

V. Relief

- Plaintiff, Raymond C. Foss, seeks punitive and compensatory damages in an amount according to proof.

# Exhibit A

# PROBABLE CAUSE DECLARATION
## SHASTA COUNTY JAIL PRE-BOOKING FORM

RPD: KEY# 254664 | MUG# 255728 | CASE# 04-26917

| DATE | TIME | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|---|
| 04/07/2005 | 1617 | FOSS | RAYMOND | CHRISTIAN |

| AKA | SEX | RACE | DOB | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| NONE NOTED | ☒M ☐F | ☒W ☐I ☐H ☐B ☐OTH: | 01/06/1971 | 34 | 5-09 | 175 |

**HAIR COLOR:** ☒BRO ☐BLN ☐RED ☐BLK ☐GRY ☐WHT
**EYE COLOR:** ☒BRO ☐HAZ ☐GRY ☐BLU ☐GRN ☐BLK
**SCARS / MARKS / TATTOOS:** NONE NOTED

**ADDRESS:** 581 HEBRIDES CT., APAPKA, FL 32712
**ARRESTING AGENCY:** ☐APD ☐CHP ☐F&G ☐NPS ☒RPD ☐SO ☐USM ☐OTHER:
**ARRESTING OFFICER (last, first):** T. ROWEN #114

**SOCIAL SECURITY NUMBER:** 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
**LOCATION OF ARREST:** SHASTA CO. JAIL
**PLACE OF BIRTH (city & state):** UNKNOWN

**DRIVERS LICENSE NUMBER:** A1275528
**VEHICLE LOCATION / TOWING AGENCY:** N/A
**CLOTHING DESCRIPTION:** BLUE JUMP SUIT

**ARREST STATUS:** ☒FRESH ARREST ☐WARRANT ARREST ☐CONTRACT ☐ENROUTER ☐OTHER
**COURT:** ☒RMC ☐AJC ☐BJC ☐CVJC ☐USDC ☐SUPER ☐OTHER **INTERPRETER NEEDED** Y or ☒N **Language:** ___

**CHARGES:** (please write in exact code sections)
- CHG. 1: 836/269(A) P.C. X 3   ☐M ☒F
- CHG. 2: 836/288(A) P.C. X 5   ☐M ☒F
- CHG. 3: 836/288.5(A) P.C.   ☐M ☒F
- CHG. 4: ___   ☐M ☐F

**INTAKE OFFICER:** ___
**SUPPL. HOLDS:** ___

## PROBABLE CAUSE DECLARATION
OFC. REVIEW WITH JUDGE:
DATE AND TIME OF REVIEW:

## FACTS ESTABLISHING ELEMENTS AND INDENTIFICATION OF DEFENDANT:
48-HR. EXP. DATE / TIME

THE VICTIM TOLD DETECTIVE WALSTAD OF ROSEVILLE P.D. THAT HER STEP-FATHER, RAYMOND FOSS, MOLESTED HER IN SHASTA CO. AND REDDING, CA. SHE WAS MOLESTED BY (D) FOSS DURING THE MONTHS OF AUGUST 2002 TO DECEMBER 2002. THE FIRST MOLEST OCCURRED AT (D) FOSS'S STEPFATHER'S HOUSE IN JONES VALLEY. THAT MOLEST IN JONES VALLEY CONSISTED OF (D) FOSS TELLING THE VICTIM HE NEEDED TO TALK TO HER ABOUT SEX AND AFTERWARDS SHE COULD GET A TREAT. THIS MOLEST

[1] WEAPON DESCRIPTION: ___
[2] VICTIM'S NAME: CONFIDENTIAL    TELEPHONE: ___
    VICTIM'S AGE: 12    VICTIM'S INJURIES: ___
[3] VALUE OF PROP. LOSS: $___   TYPE OF PROP. ___
[4] TYPE OF NARCOTICS: ___   QTY: ___
[5] WHOLESALE VALUE: $___   STREET VALUE: $___

OCT 0 5 2006

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.
EXECUTED ON 04/07/2005 (DATE) AT SHASTA COUNTY, CALIFORNIA, BY ___ (SIGNATURE)

ON THE BASIS OF ☐THE OFFICER'S DECLARATION ☐REPORTS REVIEWED, I HEREBY DETERMINE THAT THERE ☐IS ☐IS NOT PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME.

(DATE)   (TIME)   (SIGNATURE OF JUDICAL OFFICER)

Incarceration Funds: ☐SO ☐RPD ☐APD ☐CHP ☐Other ___

**PROBATION**

# SUPPLEMENT
## SHASTA COUNTY SHERIFF'S DEPARTMENT

## PROBABLE CAUSE DECLARATION

| RPD CASE# 04-26917 | | BOOKING NO. |
|---|---|---|
| RPD KEY# | | |

| ARRESTEE (LAST, FIRST, MIDDLE) | | | DOB |
|---|---|---|---|
| FOSS | RAYMOND | CHRISTIAN | 01/06/1971 |

**FACTS ESTABLISHING ELEMENTS AND IDENTIFICATION OF DEFENDANT:**

OCCURRED IN HER BEDROOM. (D) FOSS TOLD HER TO TAKE HER CLOTHES OFF. SHE DIDN'T WANT TO BUT COMPLIED TAKING HER PANTS OFF AND TAKING HER UNDERWEAR TO HER KNEES. (D) FOSS TOOK HER UNDERWEAR THE REST OF THE WAY OFF. THE VICTIM ALSO SAID (D) FOSS USED HIS HANDS TO SPREAD HER LEGS. HE PUT HIS TONGUE AND MOUTH ON HER VAGINA AND USED HIS FINGERS TO RUB HER VAGINA. (D) FOSS ALSO MADE HER RUB HER OWN VAGINA WHICH SHE DID FOR A SHORT TIME. (D) FOSS EXPOSED HIS ERECT PENIS TO HER WHILE HE RUBBED IT. HE MADE HER TOUCH HIS PENIS AND HE PULLED HER SHIRT UP PLACING HIS SPERM ON HER BELLY. SHE DESCRIBED HIS SPERM AS BEING "WARM AND WHITE".

THE VICTIM SAID THE SECOND TIME SHE WAS MOLESTED WAS ON IRENE ST. IN REDDING,CA. THIS MOLEST OCCURRED IN HIS BEDROOM. HE USED HIS FINGERS AND RUBBED HER VAGINA. HE ALSO PLACED HIS TONGUE AND MOUTH ON HER VAGINA AGAIN. SHE SAID IT LASTED ABOUT 10 OR 15 MINUTES. THE VICTIM WAS ON (D) FOSS'S BED AND HE USED HIS HANDS TO SPREAD HER LEGS APART.

THE VICTIM TOLD DET. WALSTAD ANOTHER TIME HER STEP-FATHER MOLESTED HER WAS IN HIS BEDROOM CLOSET. HE RUBBED HER VAGINA WITH HIS HAND AND AGAIN PUT HIS TONGUE ON HER VAGINA. SHE DESCRIBED IT LIKE HE WAS "SPITTING AND SUCKING" ON HER VAGINA. HE ALSO RUBBED A VIBRATOR ON HER VAGINA, STUCK HIS FINGER IN HER VAGINA AND STARTED TO PLACE HIS PENIS IN HER VAGINA UNTIL SHE TOLD HIM TO STOP BECAUSE IT HURT. (D) FOSS PUT HIS FINGER IN AND OUT OF HER VAGINA NUMEROUS TIMES ON THIS OCCASION.

THE VICTIM SAID THERE WAS ANOTHER TIME, AT THE HOUSE ON IRENE ST. (D) FOSS RUBBED HER VAGINA WITH HIS FINGER WHEN HE HAD HER SLEEP IN HIS BED.

THE VICTIM TOLD DET. WALSTAD THE VERY FIRST TIME SHE WAS MOLESTED BY (D) FOSS WAS WHEN THEY LIVED IN FRESNO. SHE ALSO TOLD DET. WALSTAD SHE DIDN'T FEEL SHE COULD LEAVE AND (D) FOSS MADE HER PROMISE NOT TO TELL ANYONE.

CONTROLLED DOCUMENT
RESTRICTED OR CONFIDENTIAL
INFORMATION FROM THE
CRIMINAL JUSTICE INFORMATION SYSTEM

OCT 0 5 2006

DISTRIBUTION TO UNAUTHORIZED
PERSONS IS PROHIBITED
SHASTA COUNTY SHERIFF'S OFFICE

**PROBATION**

# Exhibit B

File No. F-05-02345
**GERALD C. BENITO**
DISTRICT ATTORNEY
Shasta County
1525 Court Street
Redding, CA 96001
(530) 245-6300

Attorney for Plaintiff

**FILED**
APR 0 8 2005
CLERK OF THE SUPERIOR COURT
BY: D. GAYLER, DEPUTY CLERK

IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA
**Redding Branch**

| THE PEOPLE OF THE STATE OF CALIFORNIA<br>Plaintiff,<br><br>vs.<br><br>RAYMOND CHRISTIAN FOSS,<br><br>Defendant(s) | No. 05-02345<br><br>COMPLAINT-CRIMINAL<br>Felony<br><br>**CAVP** |
|---|---|

DA # F-05-02345
REDDING POLICE DEPARTMENT 0426917

The District Attorney of Shasta County, by and through the undersigned Deputy District Attorney, on information and belief, complains and accuses defendant(s) of having committed, in the County of Shasta, State of California, the crime(s) of:

### COUNT 1

**LEWD OR LASCIVIOUS ACTS WITH CHILD UNDER 14 YEARS, in violation of Section PC 288(A) of the Penal Code, a Felony.**

Defendant (s)
   **RAYMOND CHRISTIAN FOSS,**
On or about the 1st day of August, 2002 and 31st day of December, 2002, did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of BRITTANY D. (DOB: 09-01-1989), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant(s) or the said child.
   It is further alleged that the above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)(6).

2

–1–

## COUNT 2

**LEWD OR LASCIVIOUS ACTS WITH CHILD UNDER 14 YEARS, in violation of Section PC 288(A) of the Penal Code, a Felony.**

Defendant (s)
**RAYMOND CHRISTIAN FOSS,**
On or about the 1st day of August, 2002 and 31st day of December, 2002, did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of BRITTANY D. (DOB: 09-01-1989), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant(s) or the said child.

    It is further alleged that the above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)(6).

## COUNT 3

**LEWD OR LASCIVIOUS ACTS WITH CHILD UNDER 14 YEARS, in violation of Section PC 288(A) of the Penal Code, a Felony.**

Defendant (s)
**RAYMOND CHRISTIAN FOSS,**
On or about the 1st day of August, 2002 and 31st day of December, 2002, did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of BRITTANY D. (DOB: 09-01-1989), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant(s) or the said child.

    It is further alleged that the above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)(6).

## COUNT 4

**SEX PENETRATION WITH FOREIGN OBJECT: VICTIM UNDER 14, in violation of Section PC 289(J) of the Penal Code, a Felony.**

Defendant (s)
**RAYMOND CHRISTIAN FOSS,**
On or about the 1st day of August, 2002 and 31st day of December, 2002, did willfully and unlawfully cause the penetration of the genital and anal openings of BRITTANY D., who was then under the age of 14 years, and more than 10 years younger than said Defendant, by a foreign object, substance, instrument and device, to wit: FINGER.

3

## COUNT 5

**CONTINUOUS SEXUAL ABUSE, in violation of Section PC 288.5 of the Penal Code, a Felony.**

Defendant (s)
**RAYMOND CHRISTIAN FOSS,**
On and between the 1st day of August, 2002 and 31st day of December, 2002, a period of time that was not less than three months in duration, did willfully and unlawfully engage in three and more acts of "substantial sexual conduct", as defined in Penal Code section 1203.066(b), and three or more acts in violation of section 288 with BRITTANY D. (DOB: 09-01-1989), a child under the age of 14 years, while the defendant resided with BRITTANY D. (DOB: 09-01-1989), and had recurring access to BRITTANY D. (DOB: 09-01-1989), the minor.

CRAIG I. OMURA
Deputy District Attorney

Subscribed and sworn to before
this 7TH DAY OF APRIL 2005

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the people as required by Penal Code Section 1054.3.

CO/dt

### HOLDING ORDER

____ It appearing to me that the offense(s) in the within complaint has/have been committed, and that there is sufficient cause to believe that the defendant(s)

RAYMOND CHRISTIAN FOSS,

is guilty thereof.
The defendant(s)

RAYMOND CHRISTIAN FOSS,

having waived preliminary hearing to the offense(s) set forth in this complaint,

Exceptions/Additions/Conditions:

____ I order that the defendant be held to answer to same. In my capacity as Judge of the Superior Court, I deem the within complaint to be an Information and order it filed in the Superior Court.

____ I order that the defendant be held to answer to same. An Information is to be filed by the District Attorney's Office within the statutory time limit for defendant's arraignment on said Information.

Date: 4-28-05  Dept. 8  _____
Judge of the Superior Court
Sitting as Magistrate

-3-

March 25, 2015

To Clerk's Office:

Please file this civil complaint. The original is included.

Raymond is incarcerated and given his IFP form to prison officials to be sent in with a certified trust account statement. It will be sent in separately.

Please return a "filed- stamped" copy in the enclosed self- addressed stamped envelope.

If you have any questions, please call me at 209-781-6464.

Thank you,

*Julia Foss*
Julia Foss